THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: SEARCH WARRANT

Case No. 3:24-mj-706 (MEG)

February 25, 2025

## MOTION TO CONTINUE SEALING

In accordance with Local Rule 57 of the Local Rules of Criminal Procedure, the United States of America respectfully moves to continue the sealing order (Doc. No. 4) in this matter for an additional six months, until August 12, 2025.

The United States submits that continued sealing is necessary because the matter relates to an ongoing federal criminal investigation and not all the targets have been charged or arrested. Therefore, there is reason to believe that notification of the existence of the sealed documents as well as the contents of the sealed documents may seriously jeopardize the investigation, including by giving the targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

Accordingly, the United States submits that sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, sealing these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

For this reason, the United States respectfully requests that the Court extend its sealing order for an additional six months, until August 12, 2025, while it continues its investigation.

Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY


/s/Ross Weingarten
ROSS WEINGARTEN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv207478
157 Church Street, 25th Floor
New Haven, CT 06510 Tel.: (203) 821-3700